DARIUS N. KANDAWALLA (*admitted pro hac vice*)
Darius.Kandawalla@baileycavalieri.com
MELINDA S. NENNING (*admitted pro hac vice*)
Melinda.Nenning@baileycavalieri.com
BAILEY CAVALIERI LLC
10 W. Broad Street, Suite 2100
Columbus, Ohio  43215-3422
Telephone:     (614) 221-3155
Facsimile:     (614) 221-0479

LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
MARK INBODY (SBN 180862)
minbody@selmanbreitman.com
NICHOLAS P. HONKAMP (SBN 261299)
nhonkamp@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:     (415) 979-0400
Facsimile:     (415) 979-2099

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYN BEGUN, JAY R. BEGUN, GREG TUCKER, AND CONRAD HEWITT,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, INC. and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO.   C12-03649-EDL<br><br>**DEFENDANT SCOTTSDALE INSURANCE COMPANY, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: October 16, 2012<br>Time: 1:30 p.m.<br>**Magistrate Judge: Hon. Elizabeth D. Laporte** |

Counsel for Defendant Scottsdale Insurance Company, Inc. respectfully requests that the Court allow the telephonic appearance of counsel at the Case Management Conference scheduled for Tuesday, October 16, 2012 at 1:30 p.m. in the above-referenced matter.

1

DEFENDANT SCOTTSDALE INSURANCE COMPANY, INC.'S REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
C12-03649-EDL

260561.1  380.33356

Counsel for Defendant may be reached at the following telephone numbers:

<u>Lead Counsel</u>:

Darius N. Kandawalla

Melinda S. Nenning

Bailey Cavalieri LLC

(614) 229-3255

<u>Local Counsel</u>:

Mark Inbody

Selman Breitman LLP

(415) 979-2051

DATED: 10/5/12

BAILEY CAVALIERI LLC

By: ___*Attorney for*___
DARIUS N. KANDAWALLA
MELINDA S. NENNING
Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY, INC.

DATED: 10/5/12

SELMAN BREITMAN LLP

By: _____
LINDA WENDELL HSU
MARK INBODY
NICHOLAS P. HONKAMP
Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY, INC.

2

DEFENDANT SCOTTSDALE INSURANCE COMPANY, INC.'S REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
C12-03649-EDL

260561.1  380.33356

[~~PROPOSED~~] ORDER

This Court GRANTS Counsel for Defendant Scottsdale Insurance Company, Inc.'s request to appear telephonically at the Case Management Conference scheduled for October 16, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 9, 2012

_____
Hon.
United
North Judge Elizabeth D. Laporte

*IT IS SO ORDERED* — *Elizabeth D. Laporte* (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

3

DEFENDANT SCOTTSDALE INSURANCE COMPANY, INC.'S REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
C12-03649-EDL

260561.1  380.33356