IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYN BEGUN, et al., | No. C -12-03649 EDL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, INC, | |
| Defendant. / | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of May 16, 2013, Plaintiff's Motion for Summary Judgment is denied and Defendant's Motion for Summary Judgment is granted.

Dated: May 17, 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge