AO 133   (Rev. 06/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Darryn Begun | ) | |
| | ) | |
| v. | ) | Case No.:  3:12-CV-03649 |
| | ) | |
| Scottsdale Insurance Company | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___5/17/2013___ against ___Plaintiffs___ ,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .............................................................................................. | $        610.00 |
| Fees for service of summons and subpoena ............................................................. | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 122.50 |
| Fees and disbursements for printing............................................................................ | 0.00 |
| Fees for witnesses *(itemize on page two)* .................................................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,607.29 |
| Docket fees under 28 U.S.C. 1923 ........................................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals........................................................... | 0.00 |
| Compensation of court-appointed experts................................................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828.......... | 0.00 |
| Other costs *(please itemize)*.................................................................................... | 1,492.45 |
| TOTAL   $ | 3,832.24 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒   Electronic service               ☐   First class mail, postage prepaid

☐   Other:

s/ Attorney:  _____

Name of Attorney:   Mark Inbody

For: _____Scottsdale Insurance Company_____          Date: _____5/31/2013_____
                  *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

AO 133    (Rev. 06/09)  Bill of Costs

By: _____

_____          _____          _____
*Clerk of Court*                                  *Deputy Clerk*                                            *Date*

AO 133    (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL | | | |

1   LINDA WENDELL HSU (SBN 162971),
    lhsu@selmanbreitman.com
2   MARK INBODY (SBN 180862),
    minbody@selmanbreitman.com
3   SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
4   San Francisco, CA 94105
    Telephone:    (415) 979-0400
5   Facsimile:    (415) 979-2099

6   Attorneys for Defendant
    SCOTTSDALE INSURANCE COMPANY,
7   INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  DARRYN BEGUN, JAY R. BEGUN, GREG          CASE NO.    3:12-CV-03649-EDL
    TUCKER, AND CONRAD HEWITT,
11                                            BILL OF COSTS – ITEMIZATION
              Plaintiffs,
12
        v.
13
    SCOTTSDALE INSURANCE COMPANY,
14  INC. and DOES 1-20 inclusive,

15            Defendants.

16

17       Pursuant to Northern District of California Local Rule 54, 28 U.S.C. §§1920 and 1821,

18  Defendant Scottsdale Insurance Company, having prevailed on its Motion for Summary Judgment

19  and having Judgment entered in its favor, submits this Bill of Costs, as itemized below.

20

| Category | Exhibit | Detail | Costs |
|----------|---------|--------|-------|
| **Fees of Clerk** | **A** | Applications for admission *pro hac vice*. See *Service Empl. Int'l v. Rosselli*, 2010 WL 4502176 (N.D. Cal. Nov. 1, 2010). | **$610.00** |
| **Electronic Transcript** | **B** | Hearing on Motion for Summary Judgment for use on appeal. | **$122.50** |
| **Copies** | **C** | Includes $48.51 for Bailey Cavalieri, $1,558.48 for Selman Breitman (including copy of | **$1,607.29** |

1

275243.1   380.33356

| | | | filings in underlying action) | |
|---|---|---|---|---|
| **Other Costs** | **D** | | | **$1,492.45** |
| | **D1** | | Travel costs for hearing on motion for summary judgment ($1,403.76) | |
| | **D2** | | Federal Express for compliance with local rules regarding filing ($88.69) | |
| **Total** | | | | **$3,832.24** |
| | **E** | | Summary of Costs by firm. | |

DATED: May 31, 2013                    SELMAN BREITMAN LLP

By: _____
LINDA WENDELL HSU
MARK INBODY
Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY, INC.

275243.1  380.33356

FEES OF CLERK
EXHIBIT A

# Corporate Business Account Statement

BAILEY CAVALIERI LLC
DOCKET ACCT

**PNC BANK**

For the period 09/01/2012 to 09/28/2012

Account number: 42-0610-0638

Page 3 of 13

## Check Images



| 7668 | | 09/05/2012 | $305.00 |
| 7669 | | 09/05/2012 | $305.00 |

FEES FOR PRINTED OR ELECTRONICALLY
RECORDED TRANSCRIPTS NECESSARILY
OBTAINED FOR USE IN THE CASE
EXHIBIT B

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| **INVOICE** | NUMBER C12-3649 EDL |
|---|---|

| TO: Selman Breitman LLP<br>33 New Montgomery, 6th Floor<br>San Francisco, CA 94105<br><br>PHONE: _____<br>FAX: _____ | MAKE CHECK PAYABLE TO:<br><br>Stacy Wegner<br>404A Stone Avenue<br>Georgetown, KY  40324<br><br>PHONE:   (502) 603-2776 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED 05/09/2013 | DATE DELIVERED 05/16/2013 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
C12-3649 EDL - Begun v. Scottsdale

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL |  |
| Ordinary |  |  | 0.00 |  |  | 0.00 |  |  | 0.00 | 0.00 |
| 14-Day | 35 | 3.50 | 122.50 |  |  | 0.00 |  |  | 0.00 | 122.50 |
| Expedited |  |  | 0.00 |  |  | 0.00 |  |  | 0.00 | 0.00 |
| Daily |  |  | 0.00 |  |  | 0.00 |  |  | 0.00 | 0.00 |
| Hourly |  |  | 0.00 |  |  | 0.00 |  |  | 0.00 | 0.00 |
| Realtime |  |  | 0.00 |  |  | 0.00 |  |  |  | 0.00 |

| For proceedings on (Date):   4/23/2013 | **TOTAL** | 122.50 |
|---|---|---|
|  | LESS DISCOUNT FOR LATE DELIVERY |  |
|  | ADD AMOUNT OF DEPOSIT | 140.00 |
|  | **AMOUNT DUE (OR REFUND)** | -17.50 |

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>*Stacy Wegner* | DATE<br>05/16/2013 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| Print | Save As... | | Reset |
|---|---|---|---|

FEES FOR EXEMPLIFICATION AND THE COSTS OF
MAKING COPIES OF ANY MATERIALS WHERE THE
COPIES ARE NECESSARILY OBTAINED FOR USE IN
THE CASE
EXHIBIT C

# First Legal Network LLC

## P.O. BOX 844250 LOS ANGELES, CA 90084-4250

| 6829203 | 8/22/12 | 15:58 | SELMAN * BREITMAN LLP | | Csr: 247 |
|---|---|---|---|---|---|

| CONTROL NUMBER PICKUP | DELIVER | | |
|---|---|---|---|
| SCSC-SAN JOSE | SELMAN * BREITMAN LLP | Base | 108.00 |
| 191 NORTH 1ST STREET        DEPTS. | 33 NEW MONTGOMERY          SIXTH F | Return | |
| SAN JOSE          CA   95113 | SAN FRANCISCO      CA 94105 | Wait | |
| | | Weight | |
| Case#:110cv163956 | if case is over | PDF/Ship | |
| CName:sino americs v clickbooks | 1,000 pgs call clien | Atmpt/Addr | |
| Docs:entire file | t before copying | Research | 13.40 |
| | | Wait/Rsch | |
| | | Fuel Chg | |
| Req: Elizabeth Huyc | Sign: obtained          16:00 | Adv.Fee | 1,293.00 |
| Svce: RESEARCH-BRANCH SAME DAY | | Check Chg | |
| Acct: 20045 | | | |
| Ref: 380.33356 | | Total | 1,414.40 |

```
May/30/2013                                    Bailey Cavalieri LLC                                            Page 1
                                              Client Costs Journal
                                                To  May/30/2013
Date                 Paid To                      Source Matter        Client Name         Ref# G/L Acct          Amount
      Entry#         Explanation
Aug/21/2012  Clerk, U.S. District Court      GB    46384-09682  Scottsdale Insuran   7668 8210   - Client Ad     305.00
      1608576  Court Fees Clerk, US District Court RE: Pro
Aug/21/2012  Clerk, U.S. District Court      GB    46384-09682  Scottsdale Insuran   7669 8210   - Client Ad     305.00
      1608578  Court Fees Clerk, US District Court RE: Pro
                     Total for Aug/21/2012 :      610.00
Sep/11/2012                                  CER   46384-09682  Scottsdale Insuran        8180   - Postage R       1.30
      1618770  Postage
                     Total for Sep/11/2012 :        1.30
Oct/ 2/2012                                  CER   46384-09682  Scottsdale Insuran        8182   - Copy Reco       3.87
      1630732  Reproduction Expense
                     Total for Oct/ 2/2012 :        3.87
Oct/ 9/2012                                  CER   46384-09682  Scottsdale Insuran        8008   - Telephone       0.28
      1634338  Long Distance Telephone
                     Total for Oct/ 9/2012 :        0.28
Oct/23/2012                                  CER   46384-09682  Scottsdale Insuran        8008   - Telephone       0.35
      1642468  Long Distance Telephone
                     Total for Oct/23/2012 :        0.35
Oct/24/2012  Expense Recovery                CER   46384-09682  Scottsdale Insuran  01075 8185   - Computer        0.70
      1641714  Online research
                     Total for Oct/24/2012 :        0.70
Nov/12/2012                                  CER   46384-09682  Scottsdale Insuran        8182   - Copy Reco      27.48
      1651929  Reproduction Expense
                     Total for Nov/12/2012 :       27.48
Nov/14/2012  FedEx                           AP    46384-09682  Scottsdale Insuranc  2-081 8210   - Client Ad     44.40
      1657086  Delivery Services/Messengers Federal Express
                     Total for Nov/14/2012 :       44.40
Nov/26/2012                                  CER   46384-09682  Scottsdale Insuran        8182   - Copy Reco       1.32
      1657963  Reproduction Expense
                     Total for Nov/26/2012 :        1.32
Nov/28/2012  Darius N. Kandawalla            AP    46384-09682  Scottsdale Insuranc  11/14 8210   - Client Ad   1729.62
      1658832  Out of town travel DNKandawalla-Travel to Sa
Nov/28/2012  Darius N. Kandawalla            AP    46384-09682  Scottsdale Insuranc  11/14 8210   - Client Ad     69.74
      1658833  Meals DNKandawalla-Meals while in San Franci
                     Total for Nov/28/2012 :     1799.36
Dec/18/2012  Expense Recovery                CER   46384-09682  Scottsdale Insuran        8250   - Client -      -2.63
      1672461
                     Total for Dec/18/2012 :       -2.63
Mar/13/2013                                  CER   46384-09682  Scottsdale Insuran        8182   - Copy Reco       6.27
      1715790  Reproduction Expense
                     Total for Mar/13/2013 :        6.27
Apr/24/2013  Expense Recovery                CER   46384-09682  Scottsdale Insuran  01113 8185   - Computer       20.60
      1736587  Online research
                     Total for Apr/24/2013 :       20.60
Apr/29/2013                                  CER   46384-09682  Scottsdale Insuran        8182   - Copy Reco       9.87
      1739125  Reproduction Expense
Apr/29/2013                                  CER   46384-09682  Scottsdale Insuran        8008   - Telephone       0.11
      1739368  Long Distance Telephone
                     Total for Apr/29/2013 :        9.98
May/20/2013  Darius N. Kandawalla            AP    46384-09682  Scottsdale Insuranc  4/22- 8210   - Client Ad   1403.76
      1752961  Out of town travel DNKandawalla-Travel to Sa
May/20/2013  Darius N. Kandawalla            AP    46384-09682  Scottsdale Insuranc  4/22- 8210   - Client Ad     85.03
      1752962  Meals DNKandawalla-Meals while in San Franci
                     Total for May/20/2013 :     1488.79
```

---

```
                         *** Client Costs Journal - G/L Account Summary ***

G/L Account                               Debit              Credit
1210      - Client Disb Recov            4012.07
8008      - Telephone Recovery                                  0.74
8180      - Postage Recovery                                    1.30
8182      - Copy Recovery                                      48.81
8185      - Computer Research R                                21.30
8210      - Client Advances                                  3942.55
8250      - Client - Write Off                                 -2.63
             Total:                      4012.07             4012.07
```

---

```
REPORT SELECTIONS - Client Costs Journal
Layout Template:            All
Requested by:               Joan Parrish
Finished:                   Thursday, May 30, 2013 at 02:47:32 PM
Date Range:                 To  May/30/2013
Matters:                    46384-09682
Clients:                    All
Major Clients:              All                    Matter Intro Lawyer:            All
Billing Attorney:           All                    Client Intro Lawyer:            All
Assigned Lawyer:            All                    Type of Law:                    All
Sort by Resp Lawyer:        No                     New Page for Each Lawyer:       No
G/L Account:                All G/L Accounts       Include Exp. Recoveries:        Yes
Ref#:                       All Checks             Include Accounts Payable Entries: Yes
G/L Summary Only:           No                     Include General Check Allocations: Yes
Display in Order Entered:   No                     Show User Name:                 No
Corrected Entries:          Not Included           Summary by Resp Lawyer:         No
Select From:                Active, Inactive, Archived Matters
Explanation Codes:          All
Ver:                        10.0 SP5 HF3 (10.05.20101203)
```

OTHER COSTS
EXHIBIT D-1

*(handwritten top right: 1403.76 1025 / M 85.03 CIC / 5-20-13)*

# BAILEY CAVALIERI LLC
## TRAVEL & ENTERTAINMENT EXPENSE REIMBURSEMENT

Date:   May 14, 2013

Mode of Travel: _____ Air _____

| | DATE | NATURE OF EXPENDITURE | PLACE OF EXPENDITURE | BUSINESS PURPOSE AND/OR NAMES OF ALL PERSONS FOR WHOM EXPENDITURE RELATES | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|
| 1 | 4/16/2013 | Airfare, baggage fees & Internet | Delta | Travel to San Francisco  *Summary Judgment hrg* | $850.60 |
| 2 | 4/24/2013 | Hotel | Palace Hotel | *450.39* | ~~489.48~~ |
| 3 | 4/23/2013 | Car | A and M Limousine | Travel from Mountainview, CA to San Francisco | 51.35 |
| 4 | 4/22/2013 | Dinner | Pied Piper Bar | | 39.14 |
| 5 | 4/22/2013 | Breakfast | | | 4.18 |
| 6 | 4/22/2013 | Lunch | Ike's Food & Cocktails | | 30.06 |
| 7 | 4/23/2013 | Breakfast | Café Regent | | 11.65 |
| 8 | 4/23/2013 | Taxi | Royal Taxi | | 27.50 |
| 9 | 4/24/2013 | Parking | Thrifty | | 16.97 |
| 10 | | Tips | | *no receipt* | 7.00 |
| | | | | $ | 1,527.93 |

LESS ADVANCE:
TOTAL DUE:                                     $    1,527.93

**RECEIVED MAY 15 2013 BY:_____**

**ALLOCATION OF EXPENSE**    *1488.79*

CLIENT:          Scottsdale
CLIENT NO.:   46384
MATTER:        Clickbooks
MATTER NO.:  09682
FIRM:

N.B.   1)   All accounting claims for reimbursement not filed with Accounting within SIXTY (60) DAYS after the expenditure
has been incurred will require specific approval of an Executive Committee member.
2)   A separate travel and entertainment expense report MUST be filed for each client. Any joint expenditure involving
more than one client, or the Firm and/or a client or clients, should be prorated between them.
3)   Original receipts must be obtained and attached to this report for all expenditures over $25.00.

_____          *Darius Kandawalla*
Approved By                                                Signature

_____          Darius N. Kandawalla
Typed Name                                               Typed Name

San Francisco   Apr. 22 - 24

for :

① Scottsdale / Clickbooks

② Freedom / On-Site-Massey

③ Scottsdale / SMH

Flight :        $780.60 ✓              ① Clickbooks 100%

$25✓ / $25✓ baggage

$20✓ internet

Hotel :     $978.97✓     ① + ② split 50/50
            M 78.39
            H 900.25

Car from Mountainview, CA.  to San Francisco  $171.35✓
                        ③ SMH $120.00
                        ① Clickbooks $51.35

4/22  dinner (on hotel invoice)  ① + ③  50/50
      breakfast  $4.18  4.18 ✓ ①
      lunch      $30.06  ✓  ①

4/23  breakfast    $11.65 ✓①
      lunch  w/ Suzanne Delio  $63.1  ②
      dinner & drinks w/ S. Delio  $30.75  ②
                        $155.15  ②
                        ($59.16)
                    — firm client development

4/24  breakfast  $9.31  ②
      lunch  $7.30  ②  cash  X

Taxis —      $13.00    ⟩ √√
             $11.00    ⎰ √√
             $10.50    ⎱ all ②
             $12.00    ⟩ √ √√
          $ $55.00    ⟩ √ ① + ② split 50/50

Parking    $33.94  √√ ① + ② split  √

Tips     $7.00 √√① X

Darius Kandawalla

**From:** Square [noreply@messaging.squareup.com]
**Sent:** Tuesday, April 23, 2013 10:38 PM
**To:** Darius Kandawalla
**Subject:** Receipt from A And M Limousine for $171.35

Trouble viewing this email?



# A And M Limousine

408-660-6979

Apr 22, 2013 at 6:42pm                Receipt #bMmv

Custom Amount                **$149.00**

Tip                          **$22.35**

## Total                     ## $171.35

 7498                **$171.35**



1



### Next time, leave your wallet at home.

You never have to swipe your card again. The Square Wallet app is the fastest and more personal way to pay. Download the free app for iPhone or Android ▶

© 2013 Square, Inc. All rights reserved.

Palace Hotel
2 New Montgomery Street
San Francisco, CA 94105
United States
Tel: 415-512-1111 Fax: 415-543-0671

Darius Kandawalla
10 W Broad St Ste 2100
Columbus, OH 43215-3455
USA

Email : DARIUS.KANDAWALL
A@BAILEYCAVALIER
I.COM

| | | |
|---|---|---|
| Page Number | : | 1    Invoice Nbr   : 140246 |
| Guest Number | : | 1547409 |
| Folio ID | : | EX-A |
| Arrive Date | : | 22-APR-13   18:53 |
| Depart Date | : | 24-APR-13 |
| No. Of Guest | : | 1 |
| Room Number | : | 661 |
| Room Rate | : | 389.50 |
| Club Account | : | SPG - A50176216872 |

Information Invoice

Tax ID :
Palace Hotel  24-APR-13  01:56  BRYACAY

| | | | | |
|---|---|---|---|---|
| 22-APR-13 | 03617085 | Pied Piper Bar & G | 78.29 | |
| 22-APR-13 | RT661 | Room Chrg Retail | 389.50 | |
| 22-APR-13 | RT661 | CA Tourism Fee | 0.47 | |
| 22-APR-13 | RT661 | Occupancy Tax | 54.53 | |
| 22-APR-13 | RT661 | SF Tourism Fee | 5.84 | |
| 23-APR-13 | RT661 | Room Chrg Retail | 389.50 | |
| 23-APR-13 | RT661 | CA Tourism Fee | 0.47 | |
| 23-APR-13 | RT661 | Occupancy Tax | 54.53 | |
| 23-APR-13 | RT661 | SF Tourism Fee | 5.84 | |
| 24-APR-13 | MC | Mastercard | -978.97 | |
| | | ** Total | 978.97 | -978.97 |
| | | *** Balance | 0.00 | |

M   78.29
H   900.08

Continued on the next page



Palace Hotel
2 New Montgomery Street
San Francisco, CA  94105
United States
Tel: 415-512-1111 Fax: 415-543-0671

Darius Kandawalla
10 W Broad St Ste 2100
Columbus, OH  43215-3455
USA

Email :  DARIUS.KANDAWALL
         A@BAILEYCAVALIER
         I.COM

| | | |
|---|---|---|
| Page Number | : | 2          Invoice Nbr   : 140246 |
| Guest Number | : | 1547409 |
| Folio ID | : | EX-A |
| Arrive Date | : | 22-APR-13    18:53 |
| Depart Date | : | 24-APR-13 |
| No. Of Guest | : | 1 |
| Room Number | : | 661 |
| Room Rate | : | 389.50 |
| Club Account | : | SPG - A50176216872 |

Information Invoice

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.


As a Starwood Preferred Guest you have earned at least 1608 Starpoints for
this visit A50176216872

    Tell us about your stay. www.luxurycollection.com/reviews




Signature_____
Have an issue with your bill/folio? Bring it to our attention:
www.palacebilling.com  ww.palacebilling.com

**Darius Kandawalla**

| | |
|---|---|
| **From:** | Gogo [customercare@gogoair.com] |
| **Sent:** | Wednesday, April 24, 2013 3:20 PM |
| **To:** | Darius Kandawalla |
| **Subject:** | Thank You.  Here's your Gogo receipt... |

Our email address will be changing to **gogo@e.gogoair.com**, please add this to your safe senders list to ensure you will receive Gogo emails in the future.

View in web browser | View on mobile device



FLY CLASSY WITH GOGO.

**PURCHASE DETAILS**

Darius Kandawalla
Username:   dariuskandawall77
Flight#

Date:                                          04/24/2013
Payment Method:

Buy 2 Hours, Get 1 Free†                              $20.00

Total                                              $20.00

DOWNLOAD THE PERFECT CARRY-ON
GET THE FREE GOGO APP FOR EASY,
ONE-STEP SIGN IN.
DOWNLOAD NOW →

FLY WITHOUT LIMITS WITH GOGO UNLIMITED
UNLIMITED ONLINE ACCESS. ANY AIRLINE,
ANY GOGO EQUIPPED FLIGHT.

Contact Us
Gogo Customer Care

TERMS & CONDITIONS
Use of Gogo service requires registration. Terms of Use

PRIVACY
Privacy Policy

©2012 Gogo LLC. All trademarks are the property of their respective owners. 1250 N Arlington Heights Rd, Itasca, IL 60143

1

**Darius Kandawalla**

| | |
|---|---|
| **From:** | Delta Air Lines [DeltaAirLines@e.delta.com] |
| **Sent:** | Tuesday, April 16, 2013 5:04 PM |
| **To:** | Darius Kandawalla |
| **Subject:** | DARIUS N COLUMBUS 22APR13 |

Comment/Complaint ?  |  Add to Address Book ?

 **DELTA** ✈

delta.com     My Trips     Earn Miles

# YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact _us.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: HJNUGR | Ticket #: 00623296542341

**CHECK IN ONLINE  >**

## Your Flight Information

**Mon 22APR**

| | | | | | |
|---|---|---|---|---|---|
| LV **7:00am** | COLUMBUS | AR **8:07am** | MPLS-ST PAUL | **DELTA 4045***  (H)  Snacks For Sale | |
| LV **9:15am** | MPLS-ST PAUL | AR **11:34am** | SAN FRANCISCO | **DELTA 2305**  ECONOMY (H)  Food Available For Purchase | |

**Wed 24APR**

| | | | | | |
|---|---|---|---|---|---|
| LV **6:35am** | SAN FRANCISCO | AR **12:22pm** | MPLS-ST PAUL | **DELTA 906**  ECONOMY (T)  Food Available For Purchase | |

1

| LV 1:05pm' | MPLS-ST PAUL | AR 4:01pm | COLUMBUS | **DELTA 4215\*** |
| | | | | ECONOMY (T) |
| | | | | Snacks For Sale |

*Flight 4045 Operated by PINNACLE AIRLINES
*Flight 4215 Operated by PINNACLE AIRLINES

## Your Flight Details   Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| **DARIUS N KANDAWALLA** | DELTA 4045 | See delta.com |
| SkyMiles #*******737 | DELTA 2305 | 20D |
| | DELTA 906 | 31E |
| | DELTA 4215 | 12B |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

## Receipt Information

### Billing Details

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| **DARIUS N KANDAWALLA** | CA***********7498 | 00623296542341 |

| **FARE:** | **685.58 USD** |
|---|---|
| **Taxes/Carrier-imposed Fees:** | **95.02** |
| **Total:** | **780.60 USD** |

NONREF/PENALTY/APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

## Details - Taxes/Carrier-imposed Fees

| **Total:** | **95.02** |
|---|---|
| **Itemized:** | 10.00 AY 18.00 XF 15.60 ZP 51.42 US |

## Fare Details

CMH DL X/MSP DL SFO466.05HA00A0RA DL X/MSP DL CMH219.53TA07A0NA
USD685.58END ZP CMHMSPSFOMSP XF CMH4.5MSP4.5SFO4.5MSP4.5

## Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|

DARIUS N KANDAWALLA   00623296542341   LAXWEB          16APR13          16APR14

## Baggage Fees

ℹ **Thank you for being a valued customer. The fees below are based on general passenger information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.**

| Airline Rule Applied | Origin | Destination | Baggage | | | Tax | Total |
|---|---|---|---|---|---|---|---|
| **Mon 22 Apr 2013** | | | | | | | |
| DELTA | CMH | MSP | FREE [1] CARRY ON | $25 FIRST | $35 SECOND | $0.00 | $60.00 |
| DELTA | MSP | SFO | FREE [1] CARRY ON | FREE FIRST | FREE SECOND | $0.00 | $0.00 |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.  **$60.00**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Wed 24 Apr 2013** | | | | | | | |
| DELTA | SFO | MSP | FREE [1] CARRY ON | $25 FIRST | $35 SECOND | $0.00 | $60.00 |
| DELTA | MSP | CMH | FREE [1] CARRY ON | FREE FIRST | FREE SECOND | $0.00 | $0.00 |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.  **$60.00**

1:On Delta-operated flights, you may carry on one bag and a small personal item free of charge. Carry-on allowances may differ and fees may apply for flights operated by carriers other than Delta. Contact the operating carrier for detailed carry-on limitations and charges.

BusinessElite/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond the regular free allowance. Travelers to/from Key West, Florida are limited to one checked bag.

At the time of check in with Delta for Delta-marketed and Delta-operated flight(s) (including Delta connection), SkyMiles Medallion® members, SkyTeam Elite & Elite Plus, Alaska MVP & MVP Gold and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage.

At the time of check in with Delta for Delta-marketed and Delta-operated flight(s) (including Delta connection), Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. Waiver is only for normal bag fee, if any, for the first checked bag that is not overweight or oversize under Delta's applicable rules as set forth in Delta's contract of carriage. See delta.com/firstbagfree for more details.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contract the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

Questions regarding your upcoming flight? Please contact us at the following:
Delta 1-800-221-1212 | Air France 1-800-237-2747 | Alitalia 1-800-223-5730 | KLM 1-800-618-0104

▲DELTA
SKYMILES 🔄            *Hertz.*                        Allianz ⑪
                                                                           Global Assistance

BUY & TRANSFER       HERTZ. ›            AMERICAN EXPRESS. ›       TRIP INSURANCE. ›
MILES. ›             Save up to 40% and  Up to 30,000 bonus        Protect your trip against

Need more miles? Buy and transfer miles on delta.com.

earn 3,400 miles or more with this best-in-market Hertz offer.

miles. Plus, no annual fee for first year. Apply now.

trip cancellations and interruptions with valuable insurance from Allianz Global Assistance.

**Terms & Conditions**

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtain from the issuing agent.

COPYRIGHT INFORMATION
This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

© 2013 Delta Air Lines, Inc. All rights reserved.

▲ D E L T A

KANDAWALLA/DARIUS N
**NOT VALID FOR**
**TRANSPORTATION**

CMH DL MSF DL SFO
PIECE 25 00
EBC 25 00

USD 25.00
                        4

USD25.00

PASSENGER RECEIPT      01    EXCESS BAGGAGE
22 APR13 0066          US        TICKET
DL/KI      CMH FTO

                            THIS IS YOUR RECEIPT
PSGR TICKET 0062329654234

                  HJNUGR DL    FOR CONDITIONS OF
                               CONTRACT – SEE
                               PASSENGER TICKET AND
                               BAGGAGE CHECK

                               NOT VALID FOR TRAVE
CAXXXXXXXXXXX7498 09703P

1 006 8214208052 1          1 006 8214208052 1

---

▲ D E L T A ✈

KANDAWALLA/DARIUS N
**NOT VALID FOR**
**TRANSPORTATION**

SFO DL MSF DL CMH
PIECE 25 00
EBC 25 00

USD  25.00
                        4

USD25.00

PASSENGER RECEIPT      01    EXCESS BAGGAGE
24APR13 0066           US        TICKET
DL/KI      SFO FTO

                            THIS IS YOUR RECEIPT
PSGR TICKET 0062329654234

                  HJNUGR DL    FOR CONDITIONS OF
                               CONTRACT – SEE
                               PASSENGER TICKET AND
                               BAGGAGE CHECK

                               NOT VALID FOR TRAVEL
CAXXXXXXXXXXXX7498 00526P

1 006 8214836134 1          1 006 8214836134 1

---

```
Paradies Airport Shops - Columbus
COLUMBUS INTERNATIONAL AIRPORT
        COLUMBUS,OHIO

ECLIPSE SPEARMINT    1162180000
                     1.99 T
ICE MOUNTAIN 24 OZ.  7211457000
                     2 19 T
                              $4.18
TOTAL                         $4.18
MASTERCARD
**** **** **** 7498
PURCHASE
SWIPED
APPROVAL 06545P
AUTH# 06545P
INVOICE #:      1084
04/22/2013 06 25AM

ITEMS 2                       1084
04/22/13  06.21AM
0554 02 33495 SENAIT

Thank You for Shopping at
    The Paradies Shops
COLUMBUS INTERNATIONAL AIRPORT
```



```
                HMSHOST
    IKE'S FOOD & COCKTAILS F
       MSP INTERNATIONAL AIRPORT
CHECK:    445
TABLE:    46/1
SERVER:   210465 Katelin
DA        APR22'13  8:41AM
CARD TYPE: MASTERCARD
ACCT #:   XXXXXXXXXX7498
AUTH CODE: 04535P
          DARIUS KANDAWALLA

TOTAL:              25.06

TIP:_____ 5.00

TOTAL:_____ 30.06

X_____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
      ISSUER'S AGREEMENT.
```

```
             CAFE KOKOPELLI #1
             450 GOLDEN GATE AVE
          SAN FRANCISCO CA 94102
               415-522-0125

      Merchant ID: 880110408
      Term ID: 9188

                 Sale

      MASTERCARD
      XXXXXXXXXX7498
      Entry Method: Swiped
      Apprvd: Online  Batch#: 000006
      04/23/13                08:39:89

      Inv#: 00000013 Appr Code: 03914P

      Total:      $      11.65


             Customer Copy

               THANK YOU
             FOR VISITING
```

```
TOP OF THE MARK
INTERCONTINENTAL MARK HOPKINS
SAN FRANCISCO, CALIFORNIA
(415) 392-3434
www.TopoftheMark.com
CHECK:     3031
TABLE:     67/1
SERVER:    9815 Aslam
DATE:      23APR'13  1:20PM
CARD TYPE: MASTERCARD
ACCT #:    XXXXXXXXXX7498
EXP DATE:  XX/XX
AUTH CODE: 05186P
           DARIUS KANDAWALLA

SUBTOTAL:           51.11

Tip:_____ 12.00

Total:_____ 63.11

Signature:_____
```

Perry's Restaurant, SFO

Server: Kishori                    04/24/20 3
KRN 118/1                            6:04 AM
Guests: 0                              2011
Area: Cafe

Yogurt Parfait                         5.95
Small Mineral Water                    2.50

Subtotal                               8.45
Tax                                    0.77

EE Benefit Surcharge                   0.09

Total                                  9.31

Cash                                  10.00
Cha..ge                               0.69

How did we do?
Goto :"www.tastesonthefly.com"
Complete our survey & receive
a coupon for a complimentary
appetizer or dessert
Have a great Flight ! ! !

--- Check Closed ---

Hops & Hominy
1 Tillman Place
San Francisco, CA 94108
415-373-6341

                    DOB:  04/23/2012
07:59 PM              1/10100

SALE

MC                              1049588
Card #XXXXXXXXXXXX7498
Magnetic card present: KANDAWALLA DARIUS
Card Entry Method: S

Approval: 08572P

                    Amount:      $ 24.75
                      + Tip: _____
                    = Total: _____

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

THANK YOU!

>> Customer Copy <<

Hops & Hominy
1 Tillman Place
San Francisco, CA 94108
415-373-6341

DOB: 04/23/2013
04/23/2013

Server: Alyson

SALE

MC                              2097180
Card #XXXXXXXXXXXX7498
Magnetic card present:
Card Entry Method: S

Approval: 02050P

                    Amount:      $ 125.15
                      + Tip: ____30_____
                    = Total: ___155.15___

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

THANK YOU!

>> Customer Copy <<



Thrifty Airport Parking
840 Stelzer Road
Columbus, OH 43219-5717
614-237-5800 Ext 221

```
Ticket #                        449447
Open Date            04/22/13  05:57
Close Date           04/24/13  16:53

Cashier ID                       42875
Date                 04/24/13  16:54

Name          KANE-WALLA, DARIUS
Vehicle                 GRY MERCEDES
License                      FFX7900

PARKING CHARGES
Days               3 @ $  9.75  $  29.25
Hours              0 @ $  1.63  $   0.00
Transportation fee               $   1.50
Subtotal                         $  30.75
Airport Tax       10.000%        $   3.08
Sales Tax          6.750%        $   0.11

Parking Total                    $  33.94

Grand Total                      $  33.94

PAYMENTS                         $  33.94
MC_7498 Auth:02205P
```

X _____

Book your reservation and services
at www.thriftyparking.com
Earn 6 Rewards Points plus
15 percent discount on any service
Valid thru July 31 2013

---

Fare $ **$13.00**

From **Courthouse**

To **Hotel**

Date **4/23/12**

Cab No. _____

Driver _____

---

**LUXOR CABS - 282-4141**
2230 Jerrold Ave.
San Francisco CA,94124

Date **4/23/12**

From **Hotel**

To **Courthouse**

Amount **$11.00 (includ. tip)**

Driver's Name _____

Cab Number _____

---

# SF TOWN TAXI
999 Pennsylvania Avenue, San Francisco, CA 94107

## (415) 401-8900

Date **4/23**   Time _____   Amount **$10.00**

From **Hotel**   To **Clients Hotel**

Driver _____   Cab # _____

**www.sftowntaxi.com**

---

**LUXOR CABS - 282-4141**
2230 Jerrold Ave.
San Francisco CA,94124

Date **4/23**

From ~~△ mtg~~ **Hotel**

To △ **office**

Amount **$12.00**

Driver's Name _____

Cab Number _____

---

# ROYAL TAXI
## Big Dog City
### CUSTOMER RECEIPT

Date **4/23**   Time _____   Amt **$55.00**

From **Hotel**   To **Airport**

Driver _____   Cab No _____

## 920-0700
www.citywidedispatch.com

OTHER COSTS
EXHIBIT D-2

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-237-84209 | Apr 12, 2013 | 3571-5463-4 | 3 of 4 |

...ress Shipment Detail By Payor Type (Original)

Dropped off: Apr 05, 2013
Payor: Shipper

Cust. Ref.: 380.33356
Ref.#3: As Authorized by Giselle Abernathy
Sr. Claims Counsel

Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.

| | |
|---|---|
| Automation | INET |
| Tracking ID | 799458615272 |
| Service Type | FedEx Priority Overnight |
| Package Type | FedEx Pak |
| Zone | 02 |
| Packages | 1 |
| Rated Weight | 1.0 lbs, 0.5 kgs |

**Sender**
Pamela Smith
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Fl.
SAN FRANCISCO CA 94105 US

Transportation Charge

**Recipient**
Magistrate Elizabeth D. LaPort
USDC, Northern District Court
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102 US

Continued on next page

1101-01-00-0001750

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2-237-84209 | Apr 12, 2013 | 3571-5463-4 |

): 799458615272 continued

Apr 08, 2013 10:16
A4
ΔNNA

Discount
Automation Bonus Discount
Fuel Surcharge
Total Charge

USD

$23.7s

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-200-33859 | Mar 08, 2013 | 1964-0781-2 | 6 of 6 |

**Picked up:** Mar 01, 2013
**Payor:** Shipper
**Cust. Ref.:** 380.33356  **Ref.#2:**
**Ref.#3:** As Authorized by Giselle Abernathy Sr. Claims Counsel by E-mail
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 794876726330 | Pamela Smith | Clerk of the Court |
| Service Type | FedEx Priority Overnight | SELMAN BREITMAN LLP | USDC (Northern) |
| Package Type | FedEx Pak | 33 New Montgomery, Sixth Fl. | 450 Golden Gate Ave |
| Zone | 02 | SAN FRANCISCO CA 94105 US | SAN FRANCISCO CA 94102 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 23.55 |
| Delivered | Mar 04, 2013 10:30 | Fuel Surcharge | 2.12 |
| Svc Area | A4 | Automation Bonus Discount | -1.18 |
| Signed by | .SIMONE | Discount | -1.18 |
| FedEx Use | 000000000/0001486/04 | **Total Charge**   USD | **$23.31** |

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2-215-54813 | Mar 22, 2013 | 1964-0781-2 |

## FedEx Express Shipment Detail By Payor Type (Original)

Dropped off: Mar 15, 2013
Payor: Shipper

Cust. Ref.: 380.33356
Ref.#3: *As Authorized by E-mail by Gisele Abernathy / Sr. Claims Counsel (See Attached)*
Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Shipment delivered to address other than recipient's.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 799296019690 | Pamela Smith | Clerk of the Court |
| Service Type | FedEx Priority Overnight | SELMAN BREITMAN LLP | USDC Northern |
| Package Type | FedEx Pak | 33 New Montgomery, Sixth Fl. | 450 Golden Gate Ave |
| Zone | 02 | SAN FRANCISCO CA 94105 US | SAN FRANCISCO CA 94102 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 23.55 |
| Delivered | Mar 18, 2013 10:20 | Fuel Surcharge | 2.33 |
| Svc Area | A4 | Automation Bonus Discount | -1.18 |
| Signed by | .ANNA | Discount | -1.18 |
| FedEx Use | 000000000/0001486/04 | **Total Charge**                   USD | **$23.52** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$23.52** |
| **Total FedEx Express** | **USD** | **$23.52** |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-223-10245 | Mar 29, 2013 | 3571-5463-4 | 3 of 3 |

FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Mar 22, 2013  
**Payor:** Shipper  
**Cust. Ref.:** 380.33356  
**Ref.#3:** AS authorized by Gisele Abernathy (see attached)  
**Ref.#2:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 799351684816 | Pamela Smith | Clerk of the Court |
| Service Type | FedEx Priority Overnight | SELMAN BREITMAN LLP | USDC Northern |
| Package Type | FedEx Envelope | 33 New Montgomery, Sixth Fl. | 450 Golden Gate Ave |
| Zone | 02 | SAN FRANCISCO CA 94105 US | SAN FRANCISCO CA 94102 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 19.80 |
| Delivered | Mar 25, 2013 10:15 | Automation Bonus Discount | -0.99 |
| Svc Area | A4 | Discount | -1.58 |
| Signed by | .SIMONE | Fuel Surcharge | 1.90 |
| FedEx Use | 000000000/0000186/04 | **Total Charge**          **USD** | **$19.13** |

# ITEMIZATION
# EXHIBIT E

Selman Breitman LLP
**All Costs by Matter**
**For All Dates**

Matter(s): Select 380-33356

| Date | Invoice # | Description | Type | Amount |
|------|-----------|-------------|------|--------|
| 380-33356 | | Scottsdale Insurance Company - Begun, Darryn et al v Scottsdale Ins. Co | | |
| 05-06-2013 | | FedEx : FedEx ; P. Smith - Deliver Response to plaintiffs' objection to evidence regarding the Motion for Summary Judgment to Magistrate Elizabeth D. LaPort / USDC Northern in SAN FRANCISCO 4/5/13; #84209 (4/12/13); as authorized by Giselle Abernathy | HDEL2 | 23.73 |
| 05-17-2013 | | Copying ; | SCOPY2 | 1.50 |
| 08-21-2012 | 544351 | Copying ; | SCOPY2 | 0.42 |
| 08-23-2012 | 544351 | Copying ; | SCOPY2 | 0.12 |
| 08-30-2012 | 544351 | Copying ; Computer Print Out Services on 08/20/12, as authorized | SCOPY2 | 8.82 |
| 08-30-2012 | 544351 | Copying ; | SCOPY2 | 1.80 |
| 09-07-2012 | 546730 | Copying ; | SCOPY2 | 0.24 |
| 09-11-2012 | 546730 | Copying ; | SCOPY2 | 2.22 |
| 10-09-2012 | 546730 | Copying ; | SCOPY2 | 1.08 |
| 10-17-2012 | 546730 | First Legal Support Services : Attorney Service ; Obtain entire file from SCSC - San Jose on 8/22/12; #269785 (8/31/12) - As Authorized | HATY2 | 121.40 |
| 10-17-2012 | 546730 | First Legal Support Services : Attorney Service ; Advance court cost to obtain entire file from SCSC - San Jose on 8/22/12; #269785 (8/31/12) - As Authorized | HATY2 | 1,293.00 |
| 11-27-2012 | 550922 | Copying ; Computer print job on 11/12/12 - As Authorized | SCOPY1 | 25.32 |
| 11-27-2012 | 550922 | Copying ; | SCOPY2 | 0.12 |
| 12-06-2012 | 550922 | 2400 Vendor : Professional Services  ; Obtain documents from various courts 07/01/2012 to 09/30/2012; Pacer #SB0433 (10/5/12) - pg 51; as authorized | HPRO1 | 2.30 |
| ~~12-13-2012~~ | ~~550922~~ | ~~American Express : Travel ; MEI - Breakfast Expense on 11/16/12 for Meeting with D. Kandawalla in SAN FRANCISCO, CA - as authorized; #651002~~ | ~~HTRV2~~ | ~~58.83~~ |
| 03-15-2013 | 558936 | Copying ; | SCOPY2 | 5.28 |
| 03-18-2013 | 558936 | West Group Payment Center : Westlaw, MEI - Online research on various February 2013 dates; #9684 (3/1/13) - pg 18 | HLEX2 | 0.00 |
| 03-19-2013 | 558936 | Copying ; Computer print job on 3/1/13 - As Authorized | SCOPY2 | 20.76 |
| 03-22-2013 | 558936 | Copying ; Computer print job on 3/18/13 - As Authorized | SCOPY2 | 20.94 |
| 03-27-2013 | 558936 | FedEx : FedEx ; P. Smith - Deliver Motion for Summary Judgment to Clerk of the Court / USDC - Northern in SAN FRANCISCO 3/1/13; as authorized by Giselle Abernathy, Sr. Claims Counsel per e-mail 3/1/13 | HDEL2 | 23.31 |
| 03-29-2013 | 558936 | Copying ; | SCOPY2 | 0.06 |
| 04-10-2013 | 558936 | FedEx : FedEx ; P. Smith - Deliver opposition to plaintiff's motion for summary judgment to Clerk of the Court / USDC Northern in SAN FRANCISCO #54813 (3/22/13); as authorized by Giselle Abernathy / Sr. Claims Counsel on 3/15/13 via e-mail | HDEL2 | 23.52 |
| 04-17-2013 | 558936 | FedEx : FedEx ; P. Smith - Deliver Scottsdale Insurance Company's reply in support of its motion for summary judgment to Clerk of the Court / USDC Northern in SAN FRANCISCO 3/22/13; #10245 (3/29/13); as authorized by Giselle Abernathy / Senior review | HDEL2 | 19.13 |
| 04-23-2013 | 558936 | Pacer Service Center : Professional Services  ; Obtain documents from various courts 1/1/13 to 3/31/13; #SB0433 (4/4/13) - pg 58 - As Authorized | HPRO1 | 0.90 |
| 04-26-2013 | 558936 | Stacy Wegner : Professional Services ; Transcript of court's recording of hearing re our motion for summary judgment 4/23/13 - As Authorized | HPRO2 | 140.00 |
| | | | | 1,794.80 |

| Hard Cost | Description | Billed | Unbilled | Total |
|-----------|-------------|--------|----------|-------|
| HATY2 | Attorney Service | 1,414.40 | 0.00 | 1,414.40 |
| HDEL2 | FedEx | 65.96 | 23.73 | 89.69 |
| HLEX2 | Westlaw | 0.00 | 0.00 | 0.00 |
| HPRO1 | Professional Services | 3.20 | 0.00 | 3.20 |
| HPRO2 | Professional Services | 140.00 | 0.00 | 140.00 |
| ~~HTRV2~~ | ~~Travel~~ | ~~58.83~~ | ~~0.00~~ | ~~58.83~~ |
| Total Hard Costs | | 1,682.39 | 23.73 | 1,706.12 |

| Soft Cost | Description | Billed | Unbilled | Total |
|-----------|-------------|--------|----------|-------|

# *Bailey Cavalieri LLC*

One Columbus
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422

Ph:614.221.3155          Fax:   614.221.0479

Scottsdale Insurance Company                                      May 31, 2013
8877 North Gainey Center Drive
Scottsdale, AZ
85258

**Attention:**    Giselle Abernathy                  File #:     46384-09682

**RE:**     ClickBooks.com
            Insured:  ClickBooks.com
            Policy No.:  EKS3009549
            Ref. No.:  1297673

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Aug-21-12 | Court Fees Clerk, US District Court RE: Pro Hac Vice Application (Kandawalla) | $ 305.00 |
| | Court Fees Clerk, US District Court RE: Pro Hac Vice Application (Nenning) | $ 305.00 |
| Oct-02-12 | Reproduction Expense | $ 3.87 |
| Nov-12-12 | Reproduction Expense | $ 27.48 |
| Nov-26-12 | Reproduction Expense | $ 1.32 |
| ~~Nov-28-12~~ | ~~Out of town travel DNKandawalla-Travel to San Francisco, 11/14-16/12 to attend mediation~~ | ~~$ 1,729.62~~ |
| Mar-13-13 | Reproduction Expense | $ 6.27 |
| Apr-29-13 | Reproduction Expense | $ 9.87 |
| May-20-13 | Out of town travel DNKandawalla-Travel to San Francisco, CA 4/22-24/13 for summary judgment hearing | $ 1,403.76 |
| | **Totals** | **$ 3,792.19** |