DARIUS N. KANDAWALLA (*admitted pro hac vice*)
Darius.Kandawalla@baileycavalieri.com
MELINDA S. NENNING (*admitted pro hac vice*)
Melinda.Nenning@baileycavalieri.com
BAILEY CAVALIERI LLC
10 W. Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone:   (614) 221-3155
Facsimile:   (614) 221-0479

LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
MARK INBODY (SBN 180862)
minbody@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:   (415) 979-0400
Facsimile:   (415) 979-2099

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYN BEGUN, JAY R. BEGUN, GREG TUCKER, AND CONRAD HEWITT,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, INC. and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO.   C12-03649-EDL<br><br>STIPULATION AND [PROPOSED] ORDER RE COST BILL |

      WHEREAS, this Court entered Judgment in favor of Defendant Scottsdale Insurance Company ("Scottsdale") and against Plaintiffs on May 17, 2013 (Dkt. 53), and

      WHEREAS Scottsdale submitted a Bill of Costs on May 31, 2013 totaling $3,832.24 (Dkt. 54), and

      WHEREAS counsel for the Parties have met and conferred pursuant to Local Rule 54-2,

1

The Parties hereby stipulate that:

1. Scottsdale withdraws its request for Costs for counsel's travel to the hearing on summary judgment in the amount of $1,403.76 (as a part of "Other Costs");

2. Plaintiffs agree and do not object to the remaining $2,428.48 as appropriate costs pursuant to 28 U.S.C. §§1920 and 1821, and Local Rule 54;

3. The Parties request that the Court enter a cost award to Scottsdale of $2,428.48;

4. Scottsdale will not seek enforcement of the cost award during the pendency of any appeal;

5. Scottsdale will be entitled to the principal sum of $2,428.48 plus statutory interest from the date of entry of this Stipulation and Order if it prevails on appeal.

IT IS SO STIPULATED.

DATED: June 10, 2013              SELMAN BREITMAN LLP

By:   /s/ Mark Inbody
      LINDA WENDELL HSU
      MARK INBODY
Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY, INC.

DATED: June 10, 2013              BOWLES & VERNA LLP

By:   /s/ Lawrence D. Goldberg
      MICHAEL P. VERNA
      LAWRENCE D. GOLDBERG
Attorneys for Plaintiffs

## ORDER

The Court hereby awards costs in favor of Scottsdale in the amount of $2,428.48.

DATED:                            By: _____
                                      HONORABLE ELIZABETH D. LAPORTE

275623.1  380.33356